**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Guadalupe PULIDO–VARGAS, Defendant–Appellant.**

No. 02–30013.

D.C. No. CR–01–30039–MRH.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2002.

Decided Jan. 30, 2003.

**480**

Before REAVLEY,* KOZINSKI, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

The judgment is affirmed for the reasons stated in *United States v. Moreno–Cisneros*, 319 F.3d 456, No. 01–30421 (9th Cir.2003).

AFFIRMED.

FLETCHER, W. dissenting.

FLETCHER, J.

Judge Fletcher dissents for reasons in his dissent to *United States v. Moreno–Cisneros*.

---

* Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9TH CIR. R. 36–3.